# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00405-CR

**John Arnold, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-20-301211, THE HONORABLE TAMARA NEEDLES, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant John Arnold has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed on Appellant's Motion

Filed: January 2, 2026

Do Not Publish